UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | RONNIE PAUL CHEVIS | CASE NO. 17-10923 |
| | SHERRYE R. CHEVIS | SECTION B |
| | DEBTORS | CHAPTER 13 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Movant"), a secured creditor, through undersigned counsel, respectfully moves the Court to lift the automatic stay based on the following representations:

1.

This is a contested matter brought pursuant to Bankruptcy Rules 4001 and 9014.

2.

The Court has jurisdiction to grant the relief pursuant to Section 362 of the United States Bankruptcy Code.

3.

An automatic stay took effect on the filing of a bankruptcy petition under Chapter 13 of the Bankruptcy Code on April 12, 2017. The filing prohibits the commencement or continuation of any action against Debtors' Property without court authority.

4.

SN Servicing Corporation services the loan on the Property referenced in this Motion for Relief. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtors obtain a discharge and a foreclosure action is commenced on the mortgaged Property, the foreclosure will be conducted in the name of U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Noteholder"). Noteholder directly or through an agent, has possession

of the Promissory Note. The Promissory Note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

5.

Movant is the holder of a Promissory Note executed by Ronnie P. Chevis and Sherrye Harris Chevis, dated July 27, 2009, in the principal sum of $67,804.22, made payable to the order of American General Financial Services, endorsed in blank and held by Movant. The Note is secured by and paraphed "Ne Varietur" for identification with an Act of Mortgage of even date and amount on the following described Property:

A CERTAIN TRACT OF LAND SITUATED IN THE PARISH OF ASSUMPTION, STATE OF LOUISIANA, ON THE RIGHT DESCENDING BANK OF BAYOU LAFOURCHE, IN THE SETTLEMENT COMMONLY KNOWN AS "BROWNTOWN" ABOUT EIGHT MILES BELOW THE TOWN OF NAPOLEONVILLE, FRONTING ON SAID BAYOU LAFOURCHE, HAVING A WIDTH OR FRONT ON SAID BAYOU LAFOURCHE OF FORTY-EIGHT (48') FEET BY A DEPTH BETWEEN PARALLEL LINES OF FOUR AND ONE HALF (4 1/2) ARPENTS, MORE OR LESS, AND BOUNDED AS FOLLOWS: ON THE FRONT OR EAST BY BAYOU LAFOURCHE, ON THE REAR OR WEST BY MELROSE PLANTATION, ON THE UPPER SIDE OR NORTH BY PROPERTY OF LORENZA DOW, NOW FOR FORMERLY, AND ON THE LOWER SIDE OR SOUTH BY PROPERTY OF LOUVINIA LEWIS, ET AL. TOGETHER WITH ALL THE BUILDINGS AND IMPROVEMENTS, RIGHTS, WAYS, PRIVILEGES AND SERVITUDES THEREON AND THERETO BELONGING AND APPERTAINING, ALL BOUNDARIES BEING NOW OR FORMERLY.

BEING THE SAME PROPERTY ACQUIRED BY SHERRY HARRIS CHEVIS FROM THE SUCCESSION OF ROLAND HARRIS AND GRACE BRYANT HARRIS BY JUDGMENT OF POSSESSION RENDERED JANUARY 30, 2007, AND BEING RECORDED AT COB 267, FOLIO 830 ENTRY NUMBER 226561, RECORDS OF THE ASSUMPTIONS PARISH, LOUISIANA.

Municipal Address: 2956 Highway 1, Labadieville, Louisiana 70372

A copy of the Note, recorded Mortgage and recorded Assignments are attached as an Exhibit.

6.

As set forth in Debtors' Plan, Debtors are required to make regular and timely monthly installments as set forth in the security agreement outside of the Plan and directly to Movant in a timely manner.

7.

As of March 12, 2020, Debtors are delinquent in the payment of twenty-three (23) post-petition installments of $846.79 each due for June 1, 2017 to April 1, 2019, eleven (11) post-petition installments of $820.54 each due for May 1, 2019 to March 1, 2020, less $43.28 in suspense, for a total delinquency of $28,458.83, plus attorney's fees and costs should Debtors agree or they be awarded by the Court. A post-petition payment history is attached as an Exhibit.

8.

Pursuant to 11 U.S.C. 362(d)(1), Movant is entitled to relief from the automatic stay because Debtors' failure to make regular and timely monthly post-petition payments per the terms of the Plan constitutes sufficient cause.

9.

Debtors list the value of the Property in Schedule D at $250,000.00, and Movant accepts that value for purposes of this motion. As of March 12, 2020, the total debt due to Movant is approximately $68,259.34 as outlined in the Affidavit in Support of the Motion for Relief, which is attached as an Exhibit. While Debtors may have some equity in the Property, Debtors must comply with the terms of the Chapter 13 Plan for making payments to Movant. The continued failure to perform will erode Debtors' equity and potentially irreparably harm Movant. Should Debtors not agree to cure the default and the Court believe that Movant is not entitled to relief from stay, Movant requests that the Court consider conversion to Chapter 7.

10.

Movant requests relief from stay or appropriate order requiring Debtors to cure the default timely and maintain ongoing payments as well as a provision to grant relief in the event Debtors fail to comply with the order.

11.

Movant further requests that the order lifting the stay remain in full force and effect if this case is converted to any other chapter of the Bankruptcy Code and that Movant be authorized to continue with its state court action if necessary.

WHEREFORE, SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust, respectfully prays as follows:

1. That after notice and an opportunity for a hearing if an opposition is filed timely, the Court lift the automatic stay, or

2. Alternatively, that the Court order adequate protection or appropriate relief, and

3. That in either event the Court award reasonable attorney's fees and costs for the preparation and prosecution of this motion.

Respectfully submitted,

/s/ Matthew Resor
JACKSON & MCPHERSON, L.L.C.
Cris Jackson, Bar No. 20876
Matthew Resor, Bar No. 36929
935 Gravier Street, Suite 1400
New Orleans, Louisiana 70112
(504) 581-9444 PHONE
(504) 588-2888 FAX

Attorney for Movant