UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: RONNIE PAUL CHEVIS | CASE NO. 17-10923 |
| SHERRYE R. CHEVIS | SECTION B |
| DEBTORS | CHAPTER 13 |

**ORDER FOR RELIEF FROM STAY**

The hearing on the Motion for Relief from the Automatic Stay ("Motion," P-46) filed by SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Mover"), was scheduled for April 29, 2020.

The Court having considered the merits of the Motion, the allegations contained therein, attachments entered of record, no objections having been filed thereto, and there being good cause to grant the relief requested;

IT IS ORDERED, that the Motion is GRANTED and the automatic stay pursuant to 11 U.S.C. Section 362 is TERMINATED to allow Mover to foreclose upon or otherwise exercise its security interests against the following described collateral ("Collateral"):

> A certain tract of land situated in the Parish of Assumption, State of Louisiana, on the right descending bank of Bayou Lafourche, in the settlement commonly known as "BROWNTOWN" about eight miles below the Town of Napoleonville, fronting on said Bayou Lafourche, having a width or front on said Bayou Lafourche of Forty-eight (48') feet by a depth between parallel lines of four and one half (4 ½) arpents, more or less, and bounded as follows: On the front or east by Bayou Lafourche, on the rear or west by Melrose Plantation, on the upper side or North by property of Lorenzo Dow, now for formerly, and on the lower side or south by property of Louvinia Lewis, et al, together with all the buildings and improvements,

Municipal Address: 2956 Highway 1, Labadieville, Louisiana 70372

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue payments to Mover on its secured claim under the Chapter 13 Plan filed by the Debtors. Mover is directed to file a report of sale promptly following liquidation of the Collateral; if any excess proceeds exist, Mover is directed to remit same to the Trustee.

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 28, 2020.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge